UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


KATHLEEN RINCON

        v.                                       CA 14-160 ML

RENT-A-CENTER, INC.


## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss and Compel Arbitration. Plaintiff has not filed a response to the Motion and the time for doing so has passed.

As set forth in Defendant's Motion papers and the Affidavit of Marc Tuckey, Plaintiff signed an Arbitration Agreement wherein she agreed to "give up [her] right to a jury trial and" . . . "to arbitrate claims." The Arbitration Agreement signed by Plaintiff covers the claims Plaintiff now makes in this lawsuit. Since all of Plaintiff's claims are arbitrable, dismissal of this action is appropriate.

Accordingly, Defendant's Motion to Dismiss and to Compel Arbitration is GRANTED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 29, 2014